**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 20 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

MIGUEL DIAZ

Plaintiff(s),

v.

DOCCS OFFICERS & EMPLOYEES

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:19-cv-1438 (LEK/CFH)
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II.   PLAINTIFF(S) INFORMATION

Name: MIGUEL DIAZ

Prisoner ID #: 18A2702

Place of detention: ATTICA CORRECTIONAL FACILITY

Address: BOX 149 ATTICA N.Y 14011

Indicate your confinement status when the alleged wrongdoing occurred:

- □ Pretrial detainee
- □ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- □ Convicted and sentenced federal prisoner
- □ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.   DEFENDANT(S) INFORMATION

Defendant No. 1: SMITH ERIC J.
Name (Last, First)

CORRECTION OFFICER FOR DOCCS
Job Title

UPSTATE CORRECTIONAL FACILITY - P O BOX 2000
Work Address

MALONE          N.Y          12953
City             State        Zip Code

Defendant No. 2: DUNNING TREVOR
Name (Last, First)

SARGUANT FOR DOCCS
Job Title

2

NAME OF DEFENDENT   ADAM J. GALLAGHER

POSITION OF DEFENDENT   C.O FOR DOCCS

DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   JOSHUA TULIP

POSITION OF DEFENDANT   C.O FOR DOCCS

DEFENDANT IS SUED IN   INDIV ✓   AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   ROBERT J. LAMICA II

POSITION OF DEFENDANT   C.O FOR DOCCS

DEFENDANT IS SUED IN   INDIV ✓   AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   GERALDINE M. WILSON

POSITION OF DEFENDANT   NURSE FOR DOCCS

DEFENDANT IS SUED IN   INDIV ✓ AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   JAMES B. TROMBLEY

POSITION OF DEFENDANT   C.O FOR DOCCS

DEFENDANT IS SUED IN INDIV ✓   AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   BRYAN T. LECLAIR

POSITION OF DEFENDANT   C.O FOR DOCCS

DEFENDANT IS SUED IN INDIV ✓ AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   CAPTION. DOMONIC (FIRST NAME UNKNOWN)

POSITION OF DEFENDANT   CAPTION FOR DOCCS

DEFENDANT IS SUED IN   INDIV ✓ AND/OR OFFICIAL CAPACITY ▨

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


NAME OF DEFENDANT   DEBORAH E. MAHONEY

DEFENDANT IS SUED IN INDIV AND/OR OFFICIAL CAPACITY ▨

POSITION OF DEFENDANT   P.A FOR DOCCS

ADDRESS OF DEFENDANT   UPSTATE CORRECTIONAL FACILITY MALONE N.Y 12953


GABRIEL ORBEGOZO, OFFICER FOR DOCCS, UPSTATE C.F BOX 2000, MALONE N.Y 12953

MARSHALL ERIC E, CORRECTION OFFICER FOR DOCCS, UPSTATE CORRECTIONAL FACILITY. BOX 2000, MALONE N.Y 12953

★

(ALL DEFENDANTS)

*14 IN TOTAL, ARE

BEING SUED INDIVIDAL ONLY.

★ AND (P.O BOX 2000)   IS AT

AT ADDRESS WRITTEN. ALL !

UPSTATE CORRECTIONAL FACILITY-P.O.BOX 2000
Work Address

MALONE          N.Y          12953
City            State        Zip Code

Defendant No. 3:    DONALD G. UHLER
Name (Last, First)

SUPERINTENDENT FOR DOCCS
Job Title

UPSTATE CORRECTIONAL FACILITY-P.O.BOX 2000
Work Address

MALONE          N.Y          12953
City            State        Zip Code

Defendant No. 4:    GETTMANN GARY
Name (Last, First)

LUETENANT FOR DOCCS
Job Title

UPSTATE CORRECTIONAL FACILITY P.O.BOX 2000
Work Address

MALONE          N.Y          12953
City            State        Zip Code

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

## IV.   STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

ON 2·22·19 I WAS PHYSICLLY & SEXULLY ASSAULTED BY THESE OFFICERS! ERIC J SMITH

SEXULLY ASSAULTED ME BY VIOLENTLY PULLING ON MY PENIS & SCROTUM SACK BRUISING &

BREAKING SKIN, ALL OTHERS TOOK PLACE IN TWO EXCESSIVE FORCE/ASSAULTS ON ME.

BREAKING MY NOSE, KNOCKING OUT MY TOOTH, STITCHES TO MY EYE LID, STITCHS TO MY EYE

BROWE, BRUSES & LASARATIONS TO OVER 70% OF MY FACE & 60% OF MY BODY! BY BEATING

ME TO A PULP TWICE WHILE CUFFED FOR NO REASON WHILE CALLING ME A SPIC SAYING

(WE HATE YOU NIGERS & SPICS) ALL INTJURYS ARE BACKED BY DOCTORS DOCUMENTS FROM

ALICE HYDE HOSPITAL & PHOTOS! SGT DUNNING, CAP. DOMONIC, LT. GETMANN ALL WATCHED

WHILE SUPT. DONALD G UHLER GAVE ORDERS! (NOTE) AFTER THE FIRST ASSAULT, REGISTERD

NURSE GERALDINE M WILSON DISPITE THERE BEING A HOLE IN MY EYE LID THE

SIZE OF A NICKLE, AND MANY MORE MAJOR INJURYS SENT ME BACK TO MY CELL AND

SHOULD HAVE SENT ME TO THE HOSPITAL! SETTING THE STAGE FOR THE SECOND ASSAULT

(IN WHICH I WAS SEXULLY ASSAULTD & RECEIVED MORE MAJOR INJURYS!) ALL #14

DEFENDANTS WERE INVOLVED IN THESE VIOLATIONS OF ME! AND I HAVE THE

PHOTO'S AND DOCTORS DOCUMENTS (EVIDENCE) TO PROVE THIS! ALL IS ATTACHED!

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

EIGHTH AMENDMENT VIOLATIONS- SEXULE ASSAULT, EXCESSIVE FORCE,

PAIN AND SUFRING, MENTAL ANGUISH, SCARD FOR LIFE, RACIST HATETRED,

ATTEMTED MURDER, CARE, CUSTUDY AND CONTROLE! FAILURE TO PROTECT!

## SECOND CLAIM

DELIBERATE INDIFFERENCE TO MEDICAL NEEDS!

## THIRD CLAIM

## VI.   RELIEF REQUESTED

State briefly what relief you are seeking in this case.

THREE HUNDRED MILLION DOLLERS.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: NOV·19·19

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

DEAR- GREIVANCE

Sexual Assault
Retaliation                    2-8-19

UST-64656-19
2-11-19

FROM: MIGUEL DIAZ-18A2702- 10B-B1-B3

I FILED A PREA COMPLAINT AGINST C.O E
SMITH FOR "SEXUALE HERASSMENT" COM.NO. 009-2
AND ASKED FOR A SEPERATION ORDER TO STOP THE
HERASSMENT + RETAILEATION, BUT THEY HAVE YET TO
HONER THE FEDIRAL LAWS OF SEPERATION. THE
LETTER I WROTE BEHIND THIS IS THE ONE
I WROTE TO THE GALLERY SARGENT, ASKING FO
HELP WITH THIS CONTINUED HERASOMENT &
RETAILEATION BY C.O SMITH AND IT HAS YET TO
STOP. THIS IS MY LAST RESORT AT A SEPERATIO
BEFOR I HAVE TO FILE SUIT, FOR VIOLATION OF
PREA SEPERATION FEDIRAL LAWS PLEASE HEL

TO: SGT/PREA                                                    2-8-19

FROM: MIGUEL DIAZ. 18a2702. 10B·B1·B3

I HAVE A PREA COMPLAINT AGINST C.O E
SMITH. THIS MORNING HE WALKED THE B
GALLERY AND AS I ASK FOR A ADVANCE REQUE
FORM AND WRITEING PAPER, HE DENIED ME, AN
PAUSED, AT MY CELL DOOR, WINKED AND BLEW
A KISS AT ME! PLEASE GET ME MY SUPPLY AND
PLEASE UNDERSTAND THAT IT IS AGINST FEDIRAI
PREA LAWS TO HAVE HIM ON THE SAME GALLERY
AS ME. "CALL THE PREA OFFICE AND ASK"...
MY PREA COMPLAINT # IS (009-2019.) SGT
K. MANNING TOOK THE FULL REPORT. YOU CAN NOT
ALLOW THIS SEXAULE HERASSMENT & RETAILIATION
TO CONTINUE, AND HAVE TO FOLLOW THE PREA FEDIRAI
                    → LAW ←
SGT. IF VIOLATED AGAIN I WILL FILE SUIT. PLEASE
HELP STOP THIS! RESPECTFULLY!
                                        THANK YOU!
ALL IS ON CAMRA" HE CAN NOT BE ON THE
SAME GALLERY AS ME. PLEASE STOP THIS!

DEAR GREIVANCE                                    2-8-19

FROM: MIGUEL DIAZ - 18A2702 - 10B-B1-B3

I'M WRITEING TO ASK FOR YOUR HELP... I DON'T
KNOW IF DEP SANDRAH I THINK HER NAME IS.
"THE PREA DEP" UNDERSTANDS THE PREA LAWS OR SHE
JUST MISTEAKN ABOUT THE FEDIRAL PREA LAW THAT SAY
UPON A COMPLAINT FOR SEXUALE HERASSMENT OR ABUSE
THAT A SEPERATION ORDER MUST BE PUT INTO PLACE IN
ORDER TO PREVENT RETAILEATION. SHE TOLD THE SGT
THAT THE CASE HAS TO BE COMPLETED BEFOR A SEPERATION
ORDER IS PLACED IN, WHICH IS UNTRUE. IF IT WAS TRUE
THAT WILL LEAVE THE VICTEM OPEN TO TONS OF RETAILEATION
PLEASE CHECK INTO THIS DEEPLY... SHE IS SO WRONG &
MAY OR MAY NOT KNOW IT. PLEASE DO YOUR DEEP RESERCH
AND INFORM HER OF THE FACTS. C·O E·SMITH OF 10B· IS
ALREADY TRYING TO RETAILEATE. HE TOLD THE SGT THAT
I ATTEMPED TO SPLASH HIM, THEN SAID I DID SPLASH HIM
BUT THE SGT COUGHT WHAT HE FIRST SAID, HE TRYED TO
GET NEW CHARGES ON ME TODAY... UPON FINDING OUT ABOUT
THE PREA COMPLAINT, SO MORE IS TO COME... PLEASE HELP!

TO: GREIVANCE AT UPSTATE C.F                    (3.9.19)


ON (2.22.19) AT AROUND 9:20 AM AFTER A CELL (10B·B1·03B)
EXSTRACTION, VIDEO WILL SHOW THAT (R.N WILSON) STANDS
AT A #5 FOOT DISTANCE & DOES NOT DO A PROPER PHYSICAL
EXZAMINATION OF ME. ONLY GETTING CLOSE TO DO THE FINGURE
TEMP THING ON MY FINGURE. I WAS PUT BACK IN MY CELL AND
DISCOVERD I HAD A NICKLE SIZE HOLE ON MY EYE LID
AMONGSTED COUNTLESS OTHER INJURYS. UPON ME TELLING & SHOWING
(R.N WILSON) SHE STATES WHERE DID THAT COME FROM, I TELL
HER HAD SHE DONE A PROPER EXZAMINATION SHE WOULD HAVE FOUND
IT, A 2ND EXSTRCTION TAKES PLACE A FEW HOURS AFTER THAT,
THAT PHILES ON MORE INJURYS TO ME, WHICH SHOULD NOT
AND WOULD NOT, HAVE HAPPEND IF (R.N WILSON) WOULD HAVE
DONE HER JOB, I WOULD HAVE BEEN AT ALICE HYDE MEDICAL
CENTER SOONER, WHERE DOCTORS PUT #3 STICHES IN THAT HOLE
O CLOSE, #2 ON MY EYE BROWE, DISCOVED I HAD A BROKEN NOSE
& COUNTLESS OTHER INJURYS. (NOTE) SHE IS ALSO ON CAMRA SAYING
DON'T WORRY THAT WILL HEAL IN DO TIME, THEN WALKS AWAY. THE
2ND EXTRACTION WHICH LED TO THE SEXUALE ASSAULT ON ME
& OTHER INJURYS COULD HAVE BEEN PREVENTED HAD (R.N WILSON)
DONE HER JOB.
                                            FROM
                                        MIGUEL DIAZ
                                        #18A2702

DEAR · GREIVANCE AT UPSTATE.                          (3·10·19)

ON (2·22·19) SGT T · DUNNING, CAPTION DOMINIC

SAT & WATCHED AS I WAS HAYNESLY ASSAULTED &

ALMOST MURDERD TWICE, BY C.O'S AT UPSTATE, CF

ALICE HYDE MEDICAL CENTER DOCTORS, CONFIRM, I HAD

A BROKEN NOSE, NEEDED #3 STICHS ON MY EYE LID, #2 ON MY

EYE BROWE, BRUSES TO OVER 60% OF MY BODY & 70% OF MY

FACE AND WAS SEXUALLY ASSAULTED BY CO E · SMITH", ALONG

WITH COUNTLESS OTHER INJURYS" ALL DOCUMENTED BY DOCTORS

DOCUMENTS. (CHECK MY MEDICAL FILE FOR PROFF) PLEASE DEAL

WITH ALL THOSE INVOLVED ACCORDING (THIS COULD HAVE BEEN

PREVENTED) (RESPECTFULLY). FROM MIGUEL DIAZ #18A2702

                                    THANK YOU.

DOCCS

DEAR·DR·MORLEY·CHIEF MEDICAL OFFICER· (4·1·19)

I JUST GOT YOUR NAME + INFO AND WOULD LIKE TO BRING
SOMETHING TO YOUR ATTENTION. ON 2·22·19 AFTER A USE
OF FORCE IN UPSTATE CORRECTIONAL FACILITY,* 10 BUILDING
SHU, I WAS PUT INTO THE HOLDING PIN TO BE CHECKED BY
(RN WILSON) RN WILSON STOOD AT A #5 FOOT DISTANCE, AND
DID NOT PHYSICLLY CHECK ME, ONLY GOT CLOSE TO PUT THE
FINGURE TEMP THING ON MY FINGURE, AFTERWARDS I WAS PUT
BACK IN MY CELL WHERE I NOTICED A NICKLE SIZE HOLE
ON MY EYE LID, I SHOWED (RN WILSON) THE HOLE AND (RN WILSON)
SAYS WHERE DID THAT COME FROM, I EXSPLAINED THAT (HAD I BEEN
CHECKED PROPERLY IT WOULD HAVE BEEN SEEN) RN WISON THEN WALKS
AWAY & SAYS THAT WILL HEAL IN DO TIME. I LATER WENT TO ALICE
HYDE MEDICAL CENTERS (EMERGANCY ROOM) WHERE DOCTORS DETERMIND
I NEED STICHES IN THAT EYE HOLE, ALONG WITH OTHER COUNTLESS
INJURYS. THERE IS CLEAR VIDEO OF THIS IF YOU REQUEST IT, AT
UPSTATE (2·22·19) BTW 9:20 + 9:45 A.M. (PROFF) ON CAMRA YOU
WILL SEE (RN WILSON) NOT CHECK ME, AND THERES NO REPORT OF ANY
10 SAYING I DID IT TO MYSELF, WHICH MEANS SHE FAILED HER
OB, DUTIES. PLEASE DEAL WITH THIS. HAD (RN·WILSON)
DID A PROPER CHECK. A 2ND EXSTRACTION WOULDNT HAVE
OCCURED BECAUSE I WOULD HAVE BEEN AT ALICE HYDE GETTING MY
EYE STICHED & MY OTHER INJURYS TAKEN CARE OF.   (THANK YOU)

                                                MIGUEL DIAZ #
                                                18A2702

DEAR ANTONEY J ANNUCCI (DOCCS COMMISSIONER)   (3·22·19)

PLEASE FIND THAT I HAVE INCLOSED COPIES OF THE TWO
ATTEMPTED MURDERS, AND ONE SEXUALE ASSAULT DONE TO
ME BY C·O E·SMITH, SGT T·DUNNING AND OTHERS AT
UPSTATE CORRECTIONAL FACILITY. ALL IS BACKED %100
BY DOCTORS AT ALICE HYDE MEDICAL CENTER AND THE
DOCTORS AT DOCCS. I ASK THAT YOU DEAL WITH ALL
THOSE INVOLVED ACCORDINGLY & SWIFTLY. NO ONE IS ABOVE
THE LAW & SHOULD GET AWAY WITH CRIMES SUCH AS THESE.

RESPECTFULLY
THANK YOU
MIGUEL DIAZ
18A2702

DEAR DOCCS SPECIAL INVESTIGATIONS                    3·11·18

PLEASE FIND A CLEARER COPY OF THE EVENT THAT TOOK PLACE
ALONG WITH THE UPDATES ON THE ALL I'VE SUFFERD LIST. IF YOU LOOK
AT THE PREA SYSTEM AT UPSTATE C.F, YOU WILL FIND COUNTLESS COUNTS
OF SEXUALE HERASSMENT REPORTS ALONG WITH RETAILEATION REPORTS,
THAT IF RESPECTED COULD HAVE PREVENTED THIS SEXUALE ASSAULT
AND ATTEMPTED MURDERS ON ME. BY C.O E. SMITH, SGT T. DUNNING
AND OTHERS AT UPSTATE C.F. YA'LL DIDN'T PROTECT ME LIKE YOU PROMISED.
THE DOCTORS DOCUMENTS BACK MY CLAIMS %100, AND I WOULD %100
LIKE TO PRESS CHARGES ON C.O E. SMITH FOR THE SEXUALE ASSAULT,
ALONG WITH THE ATTEMPTED MURDERS OF ME, BY C.O E. SMITH, SGT DUNNING
AND ALL OTHERS WHO WHERE INVOLVED, WITH THIS HAYNESS CRIME
BACK BY MY INJURYS DOCUMENTED BY DOCTORS AT ALICE HYDE MEDICAL
CENTER AND DOCTORS AT DOCCS.                    THANK YOU

                                      RESPECTFULLY

                                      MIGUEL DIAZ

                                      18A2702


(NOTE) THE FRANKLYN COUNTY D.A OFFICE HAS BEEN SENT THE
        FACTS ALSO. I RESPECTFULLY ASK THAT YOU HELP THE D.A
        PROSICUTE ALL THOSE INVOLVED AND BRING THEM TO JUSTICE.
        BECAUSE NO ONE IS ABOVE THE LAW (NOBODY). RIGHT OR WRONG?



# NEW YORK STATE | Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## Notification to Complainant of Closure of Investigation

To:        Diaz, Miguel  18A2702        Facility: Upstate C.F.

From:     P. Woodruff, DSS
            Upstate Correctional Facility

Subject:   **Facility Investigation**

Date:      February 25, 2019 (Date Corrected)

Based upon your complaint dated on or about 2/2/19, the facility conducted an investigation into your allegation which was reviewed by the Office of Special Investigation. facility conducted an investigation into your allegation which was reviewed by the Office of Special Investigation.

Please be advised that as a result of the investigation, the facility and OSI SCD facility and OSI SCD made the following finding:The allegation was deemed to be UNFOUNDED and has been closed. Unfounded means an allegation was investigated and determined not to have occurred. The allegation was deemed to be UNFOUNDED and has been closed. Unfounded means an allegation was investigated and determined not to have occurred.

This finding is based upon the evidence of the case.

✳

(NOTE) ① SHOWS THIS LETTER IS A TYPO (READ IT) ② SHOWS I
        REPORTED THE SEXUALE ABUSE WHEN IT FIRST STATED
        HAPPENING ③ SHOWS NO REAL INVESTIGATION HAPPEND!
        ④ SHOWS COVER UP! MY COMPLAITS DENIED DISPITE THE
                          (FACTS SHOWING PROFF)
        ⑤ THIS COULD HAVE ALL BEEN PREVENTED! AS YOU CAN SEE I TRYED TO
        GET HELP!

**Ref:** Upstate C.F. PREA Log # 2019-009-UST



**Commission of Correction**

**ALLEN RILEY**
Chairman

**THOMAS J. LOUGHREN**
Commissioner

March 15, 2019

Mr. Miguel Diaz
DIN # 18A2702
Downstate Correctional Facility
P.O. Box 445
Fishkill, NY 12524

Dear Mr. Diaz:

This is in response to your letter received on March 15, 2019.

Please be advised that the Commission of Correction has forwarded your complaint letter to the Office of Special Investigations for review and handling.

Please be further advised any future correspondence regarding this matter should be addressed directly to the Office of Special Investigations. You may write to them at the following address:

Chief of Investigations / Office of Special Investigations
NYS Department of Corrections and Community Supervision
State Campus, Building 9
Albany, New York 12226

Sincerely,

Bureau of Field Operations



**SICK CALL SIGN UP**
> 7:00 AM – 8:00 AM – sick call slips placed on bars daily for nurse to pick up

**SUPPLY ROUNDS**
> Daily – Ten (10) sheets paper, grievance forms, request slips, medical slips, disbursement forms and pens.
>
> Tuesdays – toothbrushes, toothpaste, comb, soap, toilet paper, brown bag as needed

**LIBRARY CART** (2 books may be borrowed at a time)
> Library request slips picked up Saturday, 3:00 PM – 11:00 PM shift for delivery on Sunday

**CELL CLEANUPS**
> 3:00 PM – 11:00 PM Tuesdays, Thursdays and Saturdays

**COMMISSARY**
> Once every 14 days per PIMS level on Mondays as determined by the last Commissary Buy for the Unit.

**INMATE MAIL**
> Outgoing: Pickup 7:00 AM – 8:00 AM (Monday through Friday)
> Incoming: Distribution – Afternoon Shift (3:00 PM – 11:00 PM)

**CELL STUDY**
> Once per week

**WEIGHING OF INMATES**
> First Sunday of the Month

**11. PREA**

**Policy:**

Sexual abuse is unwanted sexual contact with another inmate or any sexual contact with a staff member.  Sexual harassment includes repeated sexual comments or gestures.The Department of Corrections and Community Supervision has **Zero Tolerance**for Sexual Abuse and Sexual Harassment.  The Department does not tolerate sexual abuse or sexual harassment.  All reports of sexual abuse, sexual harassment or retaliation because of such a report will be investigated.  Anyone who sexually abuses or harasses someone will be disciplined and/or prosecuted.

★

**You have the right to be free from sexual abuse and sexual harassment.**

**About Your Safety:** No one has the right to make you do a sexual act. You do not have to put up with sexual harassment, sexual abuse or being forced to have unwanted sexual contact with anyone.  If you are being pushed, threatened or blackmailed into a sex act by another inmate or by staff, you should report it.  You should also report if anyone tries to get back at you because you reported such an incident or spoke to an investigator about sexual abuse.

**Definitions**

**Inmate-on-Inmate Sexual Abuse** is when one or more inmates have sexual contact with another inmate when he or she doesn't want it, or by using coercion, threats or force.

**Staff-on-Inmate Sexual Abuse** is when an employee, volunteer, intern or outside contractor has any type of sexual contact with an inmate.  Staff asking for sex or making sexual threats are also types of sexual abuse.

**Sexual Harassment** includes:

(1) Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed toward another; and



10. **DAILY SCHEDULE**

**COUNTS**

| MIDNIGHT | 2:00 AM | 4:00 AM |
|----------|---------|---------|
| 6:00 AM  | 5:00 PM | 9:00 PM |

**MEAL SCHEDULE**

7:15 AM – 8:00 AM – Breakfast feed-up and cleanup

11:30 AM – 12:30 PM – Noon Meal and cleanup

4:00 PM – 5:00 PM – Supper meal and cleanup

**MEDICAL SERVICES (ON UNIT)**

7:00 AM – 8:00 AM – Medications, insulin and nurses sick call rounds

11:00 AM – Noon – Medication

Between 6:00 – 10:00 PM – Medication

**DAILY OUTSIDE EXERCISE**

Will be completed on the 7:00 AM – 3:00 PM tour

**SHOWERS**

1 and 2 Company – Monday, Wednesday and Friday

3 and 4 Company – Tuesday, Thursday and Saturday

PIMS Level III get an additional shower on Sundays

**ORC ROUNDS**

Daily – Monday through Friday (excluding Holidays)

**CHAPLAINS ROUNDS**

Once per week

**BARBERING HAIRCUTS**

Afternoon Shift – 4th Saturday of each month

**VISITS**

9:00 AM – 2:30 PM Daily

**LAW LIBRARY**

Law Library Officer makes daily rounds

Legal cart done daily

**NOTARY**

Tuesday and Thursday (excluding Holidays)

**LAUNDRY SCHEDULE**

Monday – 1 and 2 Company whites

Tuesday – 3 and 4 Company whites

Wednesday – 1 and 2 Company greens

Thursday – 3 and 4 Company greens

As a victim of sexual abuse in detention, you have the right:

- to decide who to tell;
- to have any fears of retaliation taken seriously;
- to request a housing or cell change for your safety;
- to request to speak with mental health staff;
- to contact a support agency such as Just Detention International or a rape crisis program;
- to seek advice from a lawyer.

As a victim of sexual abuse in detention, you can expect:

- staff you report the abuse to will treat you with respect;
- to be given information about how best to take care of yourself;
- that your questions about what will happen if you report and how to get medical care will be answered;
- it will take time to heal and you will have a wide range of feelings that will change as you work to heal;
- if you choose to utilize outside support services to help with healing, those services will be available to you.

# Report Sexual Abuse

To report an incident of sexual abuse, notify facility staff or contact DOCCS Office of the Inspector General:

**Office of the Inspector General
Department of Corrections and
Community Supervision
The Harriman State Campus, Building 2
1220 Washington Avenue
Albany, New York 12226-2050**

**Additional Rape Crisis Program contact information is available from:**

**NYSCASA
New York State Coalition Against Sexual Assault
28 Essex Street
Albany, NY 12206**



Sexual Abuse Prevention
& Education Office
Department of Corrections and
Community Supervision
The Harriman State Campus, Building 2
1220 Washington Avenue
Albany, New York 12226-2050

**Andrew M. Cuomo
Governor**

**Anthony J. Annucci
Acting Commissioner**

March 2014

DC132C (3/14)

# Help for Victims of Sexual Abuse in Prison

*What you need to Know About the DOCCS Enhanced Victim Services and Rape Crisis Hotline Pilot Project*



THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION HAS **ZERO TOLERANCE** FOR SEXUAL ABUSE AND SEXUAL HARASSMENT

**Victim Support**

# The University of Vermont Health Network-Alice Hyde Medical Center

133 Park St.
Malone, NY 12953
518-483-3000

**Discharge Instructions for:**   **Diaz, Miguel**

**Arrival Date:**   Friday, February 22, 2019

Thank you for choosing **The University of Vermont Health Network-Alice Hyde Medical Center** for your care today. Your primary care provider will receive the final results of all your tests done today. It is important that you follow up with your provider about these results in case there is more information you need to know.

**Care provided by:**   Hill, Adam, MD

**Diagnosis:**   Laceration without foreign body of right eyelid and periocular area; Fracture of nasal bones; Contusion; Dislocation of tooth

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bruised Ribs<br>Contusions<br>Absorbable Suture Repair-Brief | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Correctional Facility MD, Upstate**<br>When: Next week; Reason: Recheck today's complaints | None |
| **SPECIAL NOTES** | |

You should be evaluated by a dentist as soon as possible to determine if your teeth need any bracing or surgery. Most likely they will heal on their own. You have a broken nose that will heal and is not significantly displaced. The sutures in your eyelid and eyebrow will fall out on their own in 5-7 days. Wash the area twice daily with soap and water.

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_____

**Miguel Diaz**
**MRN # M151582**

ED Physician or Nurse

**MEDICATIONS:**
You have received a medication today that may make you tired, dizzy, or impair your judgment. Do not drive, or do any activity that might cause injury.

Discharge Instructions for: Miguel Diaz

# Bruised Ribs

Your caregiver has diagnosed you as having bruised ribs. This can occur by a blow to the chest or by a fall against a hard object. Usually these will be much better in a couple weeks. If x-rays were taken today and no *fractures* (break in bone) were found, the *diagnosis* (learning what is wrong) of bruising is made. However, broken ribs may not show up for several days, or may be discovered at a much later date on a routine x-ray when signs of healing show up. If this happens to you, it doesn't mean that something was missed on the x-ray, but simply that it did not show up on the first x-rays. Earlier diagnosis will not usually change the treatment.

## HOME CARE INSTRUCTIONS

➢ Avoid strenuous activity. Be careful during activities and avoid bumping the injured ribs. Activities that pull on the injured ribs and cause pain are best avoided if possible.

➢ For the first day or two, an ice pack used every twenty minutes while awake may be helpful. Put ice in a plastic bag and put a towel between the bag and the skin.

➢ After the first day or two, heat applied for twenty minutes, four times per day, may be helpful. **Do not sleep with a heating pad. This could cause burns.**

➢ Eat a normal, well-balanced diet. Drink plenty of fluids to avoid constipation.

➢ Take deep breaths several times a day to keep lungs free of infection. Try to cough several times a day. Splint the injured area with a pillow while coughing to ease pain. Coughing can help prevent pneumonia.

➢ Do not wear a rib belt or binder. These restrict breathing which can lead to pneumonia.

➢ Take medications as directed by your caregiver. For relief from pain or fever, use acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) as directed.

## SEEK MEDICAL ATTENTION IF:

➢ An oral temperature above 102° F (38.9° C) develops, or as your caregiver suggests, which is not controlled by medication.

➢ You develop a continual cough, associated with thick or bloody sputum.

## SEEK IMMEDIATE MEDICAL ATTENTION IF:

➢ You have difficulty breathing.

➢ You have *nausea* (feeling sick to your stomach), vomiting, or *abdominal* (belly) pain.

➢ You have worsening pain, not controlled with medications, or there is a change in the location of the pain.

➢ You develop sweating or radiation of the pain into the arms, jaw or shoulders, or become light headed or faint.

Document Released: 12/18/2006  Document Re-Released: 06/11/2007
ExitCare® Patient Information ©2008 ExitCare, LLC.

# Contusion

A contusion is a deep bruise. Contusions are the result of an injury that caused



DEAR. FRANKLYN COUNTY D.A OFFICE.                    (3.11.19)


PLEASE FIND A CLEAR ACCOUNT, BACKED BY CERTIFIED DOCTORS
DOCUMENTS, INCLOSED. OF THE SEXUALE ASSAULT AND TWO ATTEMPED
MURDERS ON ME, BY C.O E SMITH, SGT DUNNING AND OTHER
CORRECTION OFFICERS, AT UPSTATE CORRECTIONAL FACILITY. IVE
ALSO INCLUEDED A "ALL SUFFERED BY ME LIST", DO TO THERE
ACTIONS. ALL MY CLAIMS ARE %100 BACKED BY ALICE HYDE DOCTORS,
DOCCS DOCTORS, AND MUCH MORE DOCUMENTS. I WOULD %100 LIKE
TOO PRESS CHARGES ON CO SMITH, SGT DUNNING AND ALL THOSE
INVOLVED IN THIS HAYNESS & BRUTAL SEXUALE, AND PHYSICAL
ASSAULTS ON ME. PLEASE DO A PROPER INVESTIGATION AND ALLOW
ME TO. I WILL %100 TESTIFIE INFRONT OF THE GRANDJURY, AND
DO WHATS EVERS NEEDED TO HELP BRING THOSE INVOLVED TO JUSTICE.
THANKS FOR YOUR TIME AND I LOOK FORWARD TO WORKING WITH YOU.

                                    (RESPECTFULLY)

                    x [signature]     MIGUEL DIAZ #

                                    18A2702, IM IN
                                    CLINTON C.F, NOW


(NOTE) "PLEASE TAKE YOUR TIME AND READ ALL THE FACTS."
        THEN HAVE ALICE HYDE MEDICAL CENTER SEND YOU ALL
        MEDICAL DOCUMENTS FROM (2.22.19) AND DOCCS, FORWARD
        YOU ALL THE DOCUMENTS FROM (2.22.19 TO TODAYS DATE.) MY
        CLAIMS ARE %100 TRUTH, AND BACKED BY DOCTORS
        DOCUMENTS OF MY INJURYS. (I WANT TO PRESS CHARGES.)
        BECAUSE NO ONE IS ABOVE THE LAW. (NOBODY). RIGHT OR WRONG?

15  Sworn to before me this
day of MARCH  20 19

_____
Notary Public





**CRAIG P. CARRIERO**
**District Attorney**

OFFICE OF
**FRANKLIN COUNTY DISTRICT ATTORNEY**

NORTHERN OFFICE
355 WEST MAIN STREET
SUITE 466
MALONE, NY 12953

Phone (518) 481-1544
Fax (518) 481-1545
Email – da@franklincony.org

SOUTHERN OFFICE
56 LAKE STREET
TUPPER LAKE, NY 12986

Phone (518) 359-9191
Fax (518) 359-7311

DAVID J. HAYES
Chief Assistant District Attorney

JENNIFER M. HOLLIS
Assistant District Attorney

ANSON E. RHODES
Assistant District Attorney

MEREDITH LARSEN
Assistant District Attorney

KELLY G. POUPORE
Assistant District Attorney

March 26, 2019

Miguel Diaz  DIN# 18A2702
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, NY 12524

RE:  Your complaint dated March 11, 2019

Dear Mr. Diaz:

This will confirm receipt of your paperwork received on March 11, 2019.

Please be advised that this office handles prosecution of cases after an investigation by the appropriate law enforcement agency.

Please forward any future inquires or complaints to the New York State Police BCI Unit, 3327 State Route 11, Malone, New York 12953 or the New York State Department of Corrections Inspector General's Office.

Thank you.

Very truly yours,

*Craig P. Carriero*

Craig P. Carriero
District Attorney

CPC/dm

DEAR · NEW YORK STATE POLICE · BCI · UNIT ·          (4·4·19)

ON·(2·22·19) WHILE IN UPSTATE CORRECTIONAL FACILITY
I WAS SEXUALLY ASSAULTED & ALMOST MURDERD TWICE
BY CO'S AT UPSTATE CORRECTIONAL FACILITY." ALL MY
INJURYS ARE BACKED BY (ALICE HYDE DOCTORS) AND
(DOCCS DOCTORS)" I WROTE TO THE FRANKLIN COUNTY
DISTRICT ATTORNEY WHO REPLYED BACK & TOLD ME TO CONTACT
YA'LL. I %100, WOULD LIKE TO FILE A COMPLAINT &
PRESS CHARGES ON ALL THOSE INVOLVED IN THIS (CRIME)
I'VE INCLUDED A DETAILED ACCOUNT OF WHAT TOOK PLACE,
ALONG WITH A (ALL I SUFFERD LIST) ALONG WITH THE
JAILS U·I REPORT WHICH STATES ALL WHO WAS INVOLVED.
THE ONLY THING MISSING IS THE ACTUAL MEDICAL RECORDS
WHICH IM SURE YOU CAN GET FASTER THEN ME. (DOCCS) IS
DRAGGING THEY FEET WITH GIVEN ME THEM BECAUSE THEY
KNOW THEY MESSED UP & BROKE THE LAW." PLEASE ALLOW
ME TO FILE A COMPLAINT & PRESS CHARGES ON ALL
WHO TOOK PART IN THIS CRIME" (RESPECTFULLY.) I
WILL GO BEFOR THE GRAND JURY & TESTIFIE TO ALL
THAT TOOK PLACE %100.       THANK YOU, FROM MIGUEL DIAZ
                                             # 18A2702

DEAR FRANKLYN COUNTY POLICE                                    (3.23.19)
ATTN: SHERRIFF: KEVIN MULVERVILL:

PLEASE FIND THAT I HAVE INCLOSED COPIED DOCUMENTS
OF THE TWO ATTEMPTED MURDERS AND ONE SEXUALE ASSAULT
DONE TO ME BY THE CORRECTIONAL OFFICERS AT UPSTATE
CORRECTIONAL FACILITY. ALL IS BACKED %100, BY THE
DOCTORS AT ALICE HYDE MEDICAL CENTER, AND DOCCS
DOCTORS DOCUMENTS. I WOULD LIKE TO PRESS CHARGES
ON C.O E: SMITH, SGT DUNNING, AND ALL THOSE INVOLVED.
I'VE ALSO INCLUDED AN (ALL I SUFFERD LIST) ONCE
AGAIN BACKED BY DOCTORS DOCUMENTS. PLEASE ALLOW
ME TO PRESS CHARGES ON ALL INVOLVED WITH VIOLATEIN
THE LAW. I WILL GLADLY GO TO THE GRAND JURY & DO WHATS
NEEDED TO GET JUSTICE IN THIS CASE. PLEASE HELP ME
HELP YOU ENFORCE THE LAW. NOBODY IS ABOVE THE LAW
AND SHOULD GET ANAY WITH CRIMES SUCH AS THESE. IM
NOW AT CLINTON C.F (PLEASE GET IN CONTACT WITH ME)
                                          (RESPECTFULLY)
                                          THANK YOU
                                          MIGUEL DIAZ
                                          18A2702

PAGE   3                          STATE OF NEW YORK                    PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      03/26/19  11:12 AM
                            UNUSUAL INCIDENT REPORT


    UPSTATE SHU                       FAC CODE 847    FAC LOG# 190012    CCC# 274356

                                  UF LOG# 190016

INCIDENT DATE    02/22/19  TIME 09:20 AM  LOCATION  SHU-DISCIPLN 10 B1 03B

        USE OF FORCE  YES      WEAPON USED  NO

*****************************************************************************

    PROPERTY DAMAGE:




*****************************************************************************

    NOTIFICATION (FAMILY):


    NOTIFICATION (POLICE/OTHER):




*****************************************************************************
                              INMATE INFORMATION:
*****************************************************************************

DIAZ, MIGUEL                            18A2702    DOB 07/29/1983 ETHNIC- HISPANIC

    GEN INCIDENT - SPECIFIC INCIDENT    ROLE    WEAPON    FORCE       INJURY
    DISRUP BEH    - CELL EXTRACTION      PERP              CHEM AGTS
    STF WEAPONS   - CHEM AG-AEROSOL      PERP
    OTHER         -                      PERP



*****************************************************************************
                            EMPLOYEE INFORMATION:
*****************************************************************************

LAMICA, ROBERT J II              CO

    GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY       DEGREE
    DISRUP BEH   - CELL EXTRACTION       SHIELD
*****************************************************************************

WILSON, GERALDINE M              NURSE

    GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY       DEGREE
    STF WEAPONS  - CHEM AG-AEROSOL
*****************************************************************************

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
03/26/19                      USE OF FORCE REPORT
11:13:43              UPSTATE SHU                        UF LOG NO. 190016.00
               INCIDENT DATE 02/22/19  TIME 09:20AM      UI CCC NO. 274356
GEN LOC. 29 SHU-DISCIPLN SPEC LOC. 10-B1-03B             CB LOG NO.
=================================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
DIAZ, MIGUEL                  18A2702   HSP    PERP
=================================================================================
```

EXAMINERS NAME                    TITLE         EXAM DATE   TIME


PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? YES                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                            DATE:  /  /
WERE USE OF FORCE PHOTOS TAKEN? YES
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? NO
WAS STAFF SEEN BY MEDICAL? YES
WAS INMATE INJURED?   NO
WAS INMATE SEEN BY MEDICAL?   YES
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO:
REPORTED BY: SGT   T. DUNNING                    DATE: 02/22/19
REVIEWED BY: LT    G. GETTMANN                    DATE: 02/22/19
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:    1ST ASSAULT
```

(R.N. WILSON) NEVER PROPERLY MEDICLLY CHECKED
ME, OR I WOULD HAVE WENT STRIGHT TO ALICE HYDE
MEDICAL CENTER, WHERE I WAS DISCOVERED ALONG
WITH OTHER INJURYS, THAT I NEED #3 STICHS ON MY EYE
LID + #2 ON MY EYE BROWE (R.N. WILSON) DIDN'T DO
THE PROPER # DUTYS PAID TO PERFORM. AND UNDER MINDED
THE EXSTINT OF MY INJURYS TO AID + ABED C·Oˢ ON THERE
VIOLATION OF ME (ON VIDEO) (AT 9·20 AM 2·22·19) PICTURES·1,2,4+7
                                                 SHOWS THAT
                                                 I NEED STITCHS AFTER
=================================================================================
                                                 FIRST ASSAULT
                                                 (VIEW THE PHOTOS)

                                          _____
                                             DATE

                                                       PAGE 2
```

```
PAGE   4                      STATE OF NEW YORK           PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   03/26/19  11:12 AM
                            UNUSUAL INCIDENT REPORT



       UPSTATE SHU                FAC CODE 847    FAC LOG# 190012    CCC# 274356

                                UF LOG# 190016

   INCIDENT DATE   02/22/19  TIME 09:20 AM  LOCATION   SHU-DISCIPLN 10 B1 03B

        USE OF FORCE  YES      WEAPON USED  NO

   *************************************************************************
                         EMPLOYEE INFORMATION:
   *************************************************************************
   ORBEGOZO, GABRIEL              CO

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       DISRUP BEH  - CELL EXTRACTION       BODY HOLD
   *************************************************************************

   GETTMANN, GARY                 LT

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       OTHER       -
   *************************************************************************

   MARSHALL, ERIC E               CO

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       DISRUP BEH  - CELL EXTRACTION       BODY HOLD
       OTHER       -
   *************************************************************************

   UHLER, DONALD G                SUPER

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       DISRUP BEH  - CELL EXTRACTION
       STF WEAPONS - CHEM AG-AEROSOL
   *************************************************************************

   DUNNING, TREVOR N               SGT

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       DISRUP BEH  - CELL EXTRACTION       CHEM AGTS
       STF WEAPONS - CHEM AG-AEROSOL
       OTHER       -
   *************************************************************************

   GALLAGHER, ADAM J               CO

       GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY       DEGREE
       DISRUP BEH  - CELL EXTRACTION       BODY HOLD
   *************************************************************************
```

```
PAGE    4                    STATE OF NEW YORK              PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    03/26/19  11:16 AM
                          UNUSUAL INCIDENT REPORT
```

UPSTATE SHU                      FAC CODE 847    FAC LOG# 190013    CCC# 274359

UF LOG# 190017

⊩▶ INCIDENT DATE    02/22/19  TIME 12:45 PM  LOCATION  SHU-DISCIPLN 10 B1 03B

⊩▶     USE OF FORCE   YES     WEAPON USED   YES

```
****************************************************************************
                          EMPLOYEE INFORMATION:
****************************************************************************
```
TULIP, JOSHUA                     CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬ - ▬▬▬ | BODY HOLD | | |
| ▬▬▬ - ▬▬▬, ▬ | | | |

```
****************************************************************************
```
LAMICA, ROBERT J II               CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬ - ▬▬▬ | BATON | | |
| STF WEAPONS  - BATON | | | |

```
****************************************************************************
```
⊩▶ WILSON, GERALDINE M            NURSE

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬ - ▬▬▬ | | | |

```
****************************************************************************
```
TROMBLEY, JAMES B                 CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬, ▬ - ▬▬▬, ▬ | BODY HOLD | | |

```
****************************************************************************
```
DUNNING, TREVOR N                 SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬ | | | |
| ▬▬▬ | | | |
| STF WEAPONS  - BATON | | | |
| OTHER        - SIGNIF EXPOSURE | | | |

```
****************************************************************************
```
LECLAIR, BRYAN T                  CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ▬▬▬ - ▬▬▬, ▬ | BODY HOLD | | |

```
****************************************************************************
```

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
03/26/19                       USE OF FORCE REPORT
11:13:54            UPSTATE SHU                    UF LOG NO. 190017.00
               INCIDENT DATE 02/22/19  TIME 12:45PM  UI CCC NO. 274359
GEN LOC. 29 SHU-DISCIPLN SPEC LOC. 10-B1-03B       CB LOG NO.
==================================================================================
INMATE                   DIN/NYSID ETHNIC ROLE
DIAZ, MIGUEL             18A2702    HSP    PERP
==================================================================================
STAFF INVOLVED           TITLE    FORCE1      FORCE2     FORCE3     DEGREE
```



SMITH, ERIC J            CO       SHIELD

TULIP, JOSHUA            CO       BODY HOLD

LAMICA, ROBERT J II      CO         BATON

```
==================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
```



```
==================================================================================
DESCRIBE ACTUAL FORCE USED:
```

```
==================================================================================
```

```
PAGE   5                    STATE OF NEW YORK              PRINTED AT
           DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   03/26/19  11:16 AM
                        UNUSUAL INCIDENT REPORT


    UPSTATE SHU                 FAC CODE 847    FAC LOG# 190013   CCC# 274359

                                UF LOG# 190017

INCIDENT DATE    02/22/19  TIME 12:45 PM  LOCATION  SHU-DISCIPLN 10 B1 03B

      USE OF FORCE  YES     WEAPON USED  YES

*******************************************************************************
                          EMPLOYEE INFORMATION:
*******************************************************************************
    MAHONEY, DEBORAH E              PA

      GEN INCIDENT - SPECIFIC INCIDENT      FORCE      INJURY       DEGREE
      OTHER       - SIGNIF EXPOSURE
-------------------------------------------------------------------------------
*******************************************************************************


      _____       _____
        SUPERINTENDENT'S SIGNATURE                      DATE
```

**PREA Screening for Reception/Classification, Transfers, SHU, Separate KL Unit or Juvenile Separation Unit Admissions**

Name _Diaz_ DIN _18127-02_ DOB _7/29/83_ Age ____ Facility _Clinton_

**Part A: Reception PREA Questions-Inquiry and Response from the inmate**   Today's date: ____

1.  Have you ever been sexually abused or victimized?   ☐ No (go to question #2)

☑ Yes, while incarcerated

☐ Yes, in the Community AND inmate is *under* the age of 18

☐ Yes, in the Community AND inmate is *over* the age of 18   ❖ **Go to PREA Consent below**

2.  Have you ever been forced, extorted or solicited to have sex while incarcerated? ☐ Yes
☑ No (go to next question)

3.  Have you ever been approached to have sex with a staff person while incarcerated? ☐ Yes   ☑ No

---

❖ **PREA Consent to Report Community Abuse**
(for inmates over the age of 18)

I,_____ do hereby give my consent to report that I have been sexually abused or victimized
(Name of Inmate)

while in the community. I understand that this information will be reported to the Assistant Deputy
Superintendent (ADS) PREA Compliance Manager/PREA Point Person for appropriate follow-up.

_____          _____          _____
Signature of Inmate                DIN              Date

☐ Inmate did **NOT** consent to report sexual abuse or victimization while in the community.

Note: Informed consent is not needed for an incident that occurred in an institutional setting or if the victim is under the age of 18.

---

**Part B: Transfer PREA Questions- Inquiry and Response from the inmate**

| | | |
|---|---|---|
| 1. Have you been sexually abused or victimized since your last transfer? (go to next question) | ☐ No | ☐ Yes |
| 2. Have you been forced, extorted or solicited to have sex since your last transfer? (go to next question) | ☐ No | ☐ Yes |
| 3. Have you been approached to have sex with a staff person since your last transfer? ☐ No (go to Part C) | | ☐ Yes |

**Part C: For all "Yes" responses from either Part A or Part B:**

➢ Report any incident of sexual abuse or victimization *while incarcerated* to the Watch Commander in accordance with the agency's policy and procedures on reporting sexual abuse.

➢ Provide a copy of this form to the ADS PREA Compliance Manager/PREA Point Person if the inmate reports any incident of sexual abuse or victimization in the community, is under the age of 18 or is over the age of 18 AND has given their consent. The Watch Commander does *not* require notification in this instance.

➢ Use the yellow copy of this form to notify Mental Health in place of a Mental Health Referral Form #3150 (immediate or regular referral).

➢ If there is *imminent* risk for self-harm or injury to others, notify Mental Health *immediately* and consult with the Watch Commander to determine appropriate safety precautions and if an inmate requires a suicide watch.

---

Name of Watch Commander who received report: _____   Date: ____   Time: ____

Comments: _All PREA has been addressed at Upstate and he was seen by MH and - MHU_

_____          _25_          _3/1/19_          _7AM_
Signature of RN                    Provider #     Date             Time

References: Health Services Policy 1.60 Sexual Assault/Policy, 1.12B Inmate Bloodborne Pathogens Significant Exposure
Facility Coordinated Response Facility Operation Manual-for appropriate action

3278PREA 05/18       Original: Health Record-Mental Health Section       Yellow: OMH-when referral is indicated, include yellow copy of 3278MED and 3278MH

| Name DIAZ MIGUEL | DIN 18 A2702 | Date of Birth 7/29/83 | Facility Name Clinton |
|---|---|---|---|

**Subjective:**

Last Name __DIAZ, M__

DIN# __18A2702__ Location _____

Date __2/28/9__ Time __1202 pm__

**Objective:**

HIV Testing    Pre/Post test counseling given

Provider Orders:

Results:

HIV TEST DONE @ 2/22/19 ALILE HY DE

X Non-reactive (Negative)

HEP C AB NEGATIVE 2/22/19 @ ALILE HYREMERIAL CTR

**Assessment:**

~~Ora quick testing~~ 2/22/19  TESTED @ ALILE HYDE MEDICAL CTC

Problem List updated

___ Reactive (Positive)

**Plan:**

All reactive tests are immediately referred to a provider.

Signature/Provider# _____ RN Transcribing Order/Provider.#/Date/Time _____

---

**Subjective:** " my penis and scrotum got yanked. on 2/22/19 at Upstate"

" I have a scratch that is healed"

Last Name __Diaz, Miguel__

DIN# __18 A2702__ Location __ER/DHU__

Date __2-28-19__ Time __12:15 p—__

**Objective:** Brief exam c̄ inmate fully clothed. able to present scrotum and penis for exam.

(small pea sized scale like skin lesion noted.) ø Active bleeding

® Anterior scrotum

Provider Orders:

**Assessment:** (injury reported) exam

Normal healing skin    No injury

**Plan:** F/U as needed

Signature/Provider# _____ RN Transcribing Order/Provider#/Date/Time _____

3105B (Revised 3/06)                    Continue entry into the next box if necessary.

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Diaz, Miguel | 18A2702 | 7/8/83 | Upstate |

**Subjective:** Arrived ambulatory
in ER — OSat = 99% P-100    Last Name Diaz

DIN 18A2702    Location BLK 10

**Objective:** BP 124/78 reinstated via WF   Date 2/22/19   Time 1315

Laceration on top of (R) eyelid.   Provider Orders: Ankle contact gelling @ Staff.

**Assessment:** PA Mahoney present and ordered to send to AHMC ER.

**Plan:** 1cm lac    Report called to AHMC ER and notified
2cm lac in fold   Charls, Laceration cleansed c sterile
2cm    water. M. Stamp Rn

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

**Subjective:**    Last Name Diaz

DIN 18A2702   Location 10

Date 2/22/19   Time _____

**Objective:**    Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

**Subjective:**    Last Name Diaz

DIN 18A2702   Location _____

Date 2/22/19   Time _____

**Objective:**    Provider Orders:

**Assessment:** A/P eye lacerations contusions

**Plan:** Send to ER for plastic repair

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

(NOTE)(IT SAYS "2 CM LAC IN FOLD) WHICH SHOWS PROOF OF RN·WILSON'S, MEDICAL MALPRATICE, BY NOT SENDING ME TO GET STITCHS AFTER THE FIRST ASSAULT SEE EXZIBIT PHOTOS #2 #4 AND #7 WHICH SUPPORT THIS, +EXZIBIT #1!



EYE LID & BROWE WITH (HOLES)
BLEEDING, WITH BRUSED FACE
FROM ASSAULT BY CORRECTION
OFFICERS ON (2·22·19)

R.N·WILSON CLAIMS TO NOT HAVE SEEN
THIS & SENT ME BACK IN THE CELL
RATHER THEN TO THE HOSPITAL!

EXZIBIT
#1

1 ST
&
2 ND
ASSAULT



TOOTH KNOCKED OUT, EYE LID WITH
BLEEDING HOLE, + LASERATIONS +
BRUSES ON FACE + BODY FROM
ASSAULT BY CORRECTION OFFICERS
ON (2.22.19) R.N WILSON
CLAIMS TO NOT HAVE SEEN THIS
AND SENT ME BACK IN MY CELL
RATHER THEN TO THE HOSPITAL!

EXZIBIT
#2

1ST
ASSAULT



EYE LID & BROWE (BLEEDING) WITH HOLES
LASERATIONS & BRUISES ON MY FACE &
BODY FROM ASSAULT BY CORRECTION
OFFICERS ON (2·22·19)

EXZIBIT
# 3

1ST
&
2ND
ASSAULT



EYE LID BLEEDING WITH MY FACE
& BODY BRUSED FROM CORRECTION
OFFICERS ON (2·22·19) RN·WILSON
CLAIMS TO NOT HAVE SEEN THIS
AND SENT ME BACK IN MY
CELL RATHER THEN HOSPITAL!

EXZIBIT
# 4

1ST
ASSAULT



BLOODY MOUTH FROM TOOTH BEING KNOCKED      EXZIBIT
OUT WITH BRUSES & LASERATIONS ON BODY        # 5
FROM ASSAULT ██████ ASSAULTS BY CORRECTION
OFFICERS ON  2·22·19
            *

1 ST
&
2 ND

ASSAULT



BATON MARKS WITH BRUSES & LASERATIONS
ALL OVER MY BACK & RIBS & ARMS FROM ASSAULT
BY CORRECTION OFFICERS ON
(2·22·19)

EXZIBIT
# 6

1ST
&
2ND
ASSAULT



EYE LID WITH (BLEEDING) HOLE, AND
BRUSES & LASERATIONS ON FACE & BODY
FROM ASSAULT BY CORRECTION OFFICERS
ON (2·22·19) R.N. WILSON CLAIMS TO
NOT HAVE SEEN THIS & SENT ME BACK
IN TO MY CELL, RATHER THEN HOSPITAL!

EXZIBIT
# 7

1ST
ASSAULT

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
03/26/19                        USE OF FORCE REPORT
11:13:54              UPSTATE SHU                        UF LOG NO. 190017.00
                  INCIDENT DATE 02/22/19  TIME 12:45PM   UI CCC NO. 274359
GEN LOC. 29 SHU-DISCIPLN SPEC LOC. 10-B1-03B            CB LOG NO.
===================================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
DIAZ, MIGUEL                18A2702   HSP    PERP
===================================================================================
```

▶ EXAMINERS  NAME                  TITLE            EXAM DATE   TIME


PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:




```
===================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO
                                            WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                  DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES
WERE USE OF FORCE PHOTOS REVIEWED? YES

                                                    ★
```

▶ WAS INMATE INJURED?   YES
WAS INMATE SEEN BY MEDICAL?   YES
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: TRANSPORTED TO ALICE HYDE
REPORTED BY: SGT    T DUNNING                          DATE: 02/22/19
REVIEWED BY: LT    G. GETTMANN                         DATE: 02/22/19
```
===================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```




```
===================================================================================
```
_____              _____
                                                       DATE